## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**DOUGLAS ALAN PALMER,**<br><br>　　　　　Defendant. | **Case No. CR02-0208**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, GREGORY GRUBER;

The defendant appears personally and represented by counsel, PAULA S. DEUTSCH

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).

The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge    .

　　　　*Date of hearing:*　　　**DECEMBER 1, 2005**

　　　　*Time of hearing:*　　　**2:30 P.M.**

**IT IS ORDERED** that the defendant:

Be released on the condition that he remain in compliance with all terms and conditions of his judgment and sentence as well as the resulting conditions imposed by U.S. Probation, including, but not limited to his continued residence at Pioneer Fellowship half-way house and full compliance with the terms and conditions of that residential placement.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　　　　　**November 17, 2005.**

　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1